UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
15-cr-20166-MOORE

UNITED STATES OF AMERICA,

   Plaintiff

vs.

ALVIN PIERRE,

   Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Alvin Pierre (ECF No. 83).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 86). A telephone status conference was conducted on August 12, 2022, and was attended by counsel for the government, counsel for Defendant, and U.S. Probation Officers Lynell Fahie and Harry Marcelin. Defense counsel represented that Defendant Pierre intended to admit the violations alleged in the Petition (ECF No. 78) and thus, that no evidentiary hearing was warranted for the purpose of determining probable cause.

Accordingly, it is the recommendation of the undersigned that the Court set the matter for final hearing and accept Defendant's admission of guilt of the Supervised Release Violations as charged in the Petition.

The parties will have fourteen days from the date of service of this Report and

Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 12th day of August, 2022.

LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record